(Del. Rev. 11/14) Pro Se General Complaint Form

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

_Erin Bickley_

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_St. Francis Hospital_

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)_

Civ. Action No. **23 - 111**
(To be assigned by Clerk's Office)

## COMPLAINT
(Pro Se)

Jury Demand?
☐ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

# I.  PARTIES IN THIS COMPLAINT

## Plaintiff

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: **Bickley, Erin M**
Name (Last, First, MI)

**808 N. Lincoln St**
Street Address

**Wilmington        DE        19805**
County, City        State        Zip Code

**302-377-2398        erinbickley@yahoo.com**
Telephone Number        E-mail Address (if available)

## Defendant(s)

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **St. Francis Hospital**
Name (Last, First)

Street Address

**Wilmington        DE**
County, City        State        Zip Code

Defendant 2:
Name (Last, First)

Street Address

County, City        State        Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: _____

 Name (Last, First)

 _____

 Street Address

 _____

 County, City State Zip Code

Defendant 4: _____

 Name (Last, First)

 _____

 Street Address

 _____

 County, City State Zip Code

## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

Due process
_____
_____
_____

(Del. Rev. 11/14) Pro Se General Complaint Form

## III.    VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

New Castle

## IV.    STATEMENT OF CLAIM

Place(s) of occurrence:    St. Francis Hospital

Date(s) of occurrence:    Present

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

FACTS:

> What happened to you?

My wife (Michelle Lynn Kaline, Michelle Kaline Bickley) died, cause of death unknown. The hospital will not recommend to the Medical Examiner to conduct an autopsy.

(Del. Rev. 11/14) Pro Se General Complaint Form

Was anyone
else
involved?

(Del. Rev. 11/14) Pro Se General Complaint Form

Who did
what?

(Del. Rev. 11/14) Pro Se General Complaint Form

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Evidence of cause of death is disappearing.

## VI.    RELIEF

The relief I want the court to order is:

☐    Money damages in the amount of:  $ _____

☒    Other (explain):

Compel St. Francis Hospital to recommend to the Medical Examiner to conduct an autopsy.

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII.    CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Dated _____ 1/30/23 _____        Plaintiff's Signature _____

Printed Name (Last, First, MI) _____ Bickley, Erin M _____

Address _____ 808 N. Lincoln St _____ City _____ Wilmington, DE _____ State _____ Zip Code _____ 19805 _____

Telephone Number _____ 302-377-2398 _____        E-mail Address (if available) _____ erinbickley@yahoo.com _____

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**